Douglas F. Broder (DB 8406)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901
Email: douglas.broder@klgates.com

Attorneys for Defendants, Charlize Theron
and Denver & Delilah Films, Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

RAYMOND WEIL S.A.,

 Plaintiff,

 -against-

CHARLIZE THERON and DENVER &
DELILAH FILMS, INC.,

 Defendants.

------------------------------------------------------------------ x

Index No. _____

**NOTICE OF REMOVAL**

07 CV 1786
JUDGE CASEY

TO THE JUDGES OF THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

 PLEASE TAKE NOTICE that the defendants Charlize Theron and Denver & Delilah Films, Inc. ("Defendants") by and through their counsel, Kirkpatrick & Lockhart Preston Gates Ellis LLP, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove this action from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York, on the following grounds:

NY-508967 v1

1. The plaintiff Raymond Weil S.A. ("Plaintiff") commenced this action by filing a Summons and Complaint in the Supreme Court of the State of New York, County of New York entitled *Raymond Weil S.A. v. Charlize Theron and Denver & Delilah Films, Inc.*, Index No. 2007-600375 (the "State Court Action").

2. The Summons and Complaint in the State Court Action were served on Defendant Denver & Delilah Films, Inc. on February 5, 2007. To date, Defendant Charlize Theron has not been served with the Summons and Complaint, however, she was made aware of the instant action on February 5, 2007.

3. Pursuant to 28 U.S.C. § 1446(a), Plaintiff's Summons and Complaint in the State Court Action are annexed hereto as Exhibit A and constitute all process, pleadings, and orders served upon Defendants in the State Court Action.

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely since it is filed within thirty (30) days of Defendants' receipt of the Summons and Complaint.

5. According to the Complaint, Plaintiff is, and was as of the commencement of the State Court Action, a Swiss corporation organized and existing under the laws of Switzerland with its principal place of business in Geneva, Switzerland.

6. Defendant Charlize Theron is, and was as of the commencement of the State Court Action, a citizen of the State of California.

7. Defendant Denver & Delilah Films, Inc. is, and was as of the commencement of the State Court Action, a California corporation with its principal place of business in Encino, California.

8. In the Complaint, Plaintiff alleges that it has been damaged in an amount well over $75,000. Complaint ¶¶ 24, 26, 30, 34, 36, 37. Plaintiff claims that in reliance upon its agreement with Defendants, Plaintiff spent millions of dollars in an extensive advertising campaign using Defendant Charlize Theron's image to promote its products. Complaint ¶ 24. Plaintiff alleges that Defendants' breach of the agreement caused substantial damages to Plaintiff and that Plaintiff is entitled to recover all damages from Defendants including: monies paid to Defendants, monies Defendants received from competing manufacturers to promote their products, monies expended by Plaintiff for the extensive advertising campaign using Defendant Charlize Theron's image, and other appropriate damages. Complaint ¶¶ 30, 34, 36 and 37.

9. Accordingly, the amount in controversy in this action easily exceeds $75,000.

10. The United States District Court for the Southern District of New York has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(2) because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the action is between citizens of a State and citizens or subjects of a foreign state.

11. By filing this Notice of Removal, Defendants do not waive any defense which may be available to them.

12. A copy of this notice will be filed with the Clerk of the Supreme Court of the State of New York, County of New York, as required by 28 U.S.C. § 1446(d).

13. Defendants will serve this Notice of Removal on the attorneys for Plaintiff: David Jaroslawicz, Esq., Jaroslawicz & Jaros, Esqs., 150 Williams Street, New York, New York 10038, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully give notice that this action has been

removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated: New York, New York
      March 1, 2007

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

_____
Douglas F. Broder, Esq. (DB 8406)

599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-3900
Facsimile: 212-536-3901
Email: douglas.broder@klgates.com

*Attorneys for Defendants,
Charlize Theron and Denver & Delilah
Films, Inc.*

BAUTE & TIDUS LLP*

Mark D. Baute, Esq.
801 South Figueroa Street, Suite 1100
Los Angeles, California 90017
Telephone: 213-630-5001
Facsimile: 213-683-1225
Email: MBaute@bautelaw.com

*Attorneys for Defendants,
Charlize Theron and Denver & Delilah
Films, Inc.*

*Motions for *pro hac vice* admission for Baute & Tidus attorneys have been concurrently filed with this Notice of Removal.